UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF NEW YORK

------------------------------X
JOEL BERGSTEIN,

    Plaintiff,

-against-

MASERATI NORTH AMERICA, INC.,
    Defendants.

------------------------------X

Index No. 08 CIV 3571

**Rule 7.1 Disclosure**

Pursuant to F.R.C.P. 7.1, so that the court may evaluate disqualification or recusal, Maserati North America, Inc., is not a publicly traded company. Maserati North America is 100% owned by Maserati, SpA, which is not a publicly traded company. Maserati SpA is 100% owned by Fiat Auto, SpA, which is not a publicly traded company. Fiat Auto, SpA, is owned 100% by Fiat SpA which is a publicly traded company on the Italian stock exchange.

HARDIN, KUNDLA, MCKEON & POLETTO, P.A.
Attorneys for Defendants,
Maserati North America, Inc.

By: _____
    MARK S. KUNDLA

DATED: May 13, 2008

646834