UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------- x

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC# _____
DATE FILED: 5/28/08

JOEL BERGSTEIN,

           Plaintiff,

    -against-

MASERATI NORTH AMERICA, INC.,

           Defendant.

------------------------------------- x

08 Civ. 3571 (LAP) (AJP)

ORDER SCHEDULING
INITIAL PRETRIAL CONFERENCE

**ANDREW J. PECK, United States Magistrate Judge:**

    IT IS HEREBY ORDERED that a conference is scheduled for Thursday, May 29, 2008 at 12:00 p.m. before the undersigned in Courtroom 20D (500 Pearl Street).

    Counsel are advised that my chambers (Room 1370, 500 Pearl Street) are to be provided with a courtesy copy of all papers hereafter filed with the Court. The parties are to follow the "Individual Practices of Magistrate Judge Andrew J. Peck," a copy of which is attached.

    SO ORDERED.

Dated:    New York, New York
           May 28, 2008

_____
Andrew J. Peck
United States Magistrate Judge

Copies **by fax & ECF** to:    Sergei Lemberg, Esq.
                                Paul Daly, Esq.
                                Judge Loretta A. Preska

C:\ORD\Order Scheduling Status Conference