```
UNITED STATES DISTRICT COURT                    USDC SDNY
SOUTHERN DISTRICT OF NEW YORK                   DOCUMENT
                                                ELECTRONICALLY FILED
------------------------------------- x         DOC# _____
                                                DATE FILED: 7/17/08

JOEL BERGSTEIN,                         :

                     Plaintiff,         :       08 Civ. 3571 (LAP) (AJP)

       -against-                        :       ORDER OF DISMISSAL ON CONSENT

MASERATI NORTH AMERICA, INC.,           :

                     Defendant.         :

------------------------------------- x
```

**ANDREW J. PECK, United States Magistrate Judge:**

The parties having informed the Court that they have reached a settlement agreement in principle and are finalizing settlement documents (see attached letter), IT IS HEREBY ORDERED THAT this action is dismissed with prejudice and without costs, provided, however, that any party may reinstate the action within 15 days hereof if the settlement is not fully effectuated. Any pending motions are to be terminated as moot.

SO ORDERED.

DATED:     New York, New York
           July 17, 2008

                                        _____
                                        Andrew J. Peck
                                        United States Magistrate Judge

Copies **by fax & ECF** to:    Sergei Lemberg, Esq.
                               Mark S. Kundla, Esq.
                               Judge Loretta A. Preska

C:\ORD\Dismiss.AJP

# HARDIN, KUNDLA, McKEON & POLETTO

COUNSELLORS AT LAW

A PROFESSIONAL CORPORATION

673 MORRIS AVENUE

P.O. BOX 730

SPRINGFIELD, NEW JERSEY 07081-0730

(973) 912-5222

TELECOPIER (973) 912-9212

EMAIL: info@HKMPP.com

**Mark S. Kundla**
mkundla@hkmpp.com

NEW YORK OFFICE
110 William Street
New York, New York 10038
(212) 571-0111
TELECOPIER (212) 571-0117

PENNSYLVANIA OFFICE
60 West Broad Street
Suite 102
Bethlehem, Pennsylvania 18018
(610) 433-8400
TELECOPIER (610) 433-0300

July 17, 2008

**VIA FACSIMILE AND REGULAR MAIL**

Honorable Andrew J. Peck, U.S.M.J.
United States District Court
Southern District of New York
500 Pearl Street - Room 1370
New York, NY 10007-1213

    RE:  Bergstein v. Maserati North America, Inc.
          Docket No. 08 Civ. 3571
          File No. 331.35581

Dear Judge Peck:

    Please be advised that this office represents Defendant Maserati North America, Inc. This letter will serve to advise you that the above matter has been amicably resolved between the parties. A formal Stipulation of Dismissal will be filed under separate cover.

    Pursuant to our conversation with your Chambers this morning, we are requesting that the settlement Order include a 15 day re-open clause.

    Thank you for your attention to the above.

                            Respectfully submitted,

                            Mark S. Kundla

MSK:mn
cc: Sergei Lemberg, Esq.
    Lemberg & Associates, L.L.C.